IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

FEDERICO MARES-MORENO,
individually and as personal representative
of the estate of ELVIA ALVAREZ
(DECEASED), and as next friend of
GENESIS ALVAREZ (MINOR CHILD),
SIMON ALVAREZ, SR., and IVAN
ALVAREZ,

      Plaintiffs,

vs.                                                                                                                    No. CIV 16-0451 JB/KBM

JASMAIL SINGH, SUKHDEV SINGH and
CHAHAL TRANSPORT, INC.,

      Defendants.

**FINAL JUDGMENT**

**THIS MATTER** comes before the Court on the Order of Dismissal with Prejudice, filed January 10, 2017 (Doc. 37)("Dismissal Order"). In the Dismissal Order, the Court dismissed with prejudice all of the Plaintiffs' claims, brought both individually and on behalf of the minor children -- Genesis Alvarez and Jesus Alvarez -- against all of the Defendants. See Dismissal Order ¶ 2, at 3 (dismissing all claims asserted by Ivan Alvarez with prejudice); id. at ¶ 12, at 3 (dismissing "[a]ny and all claims that were made or could have been made by Plaintiffs against the Defendants, individually and on behalf of the Minor Children, Genesis Alvarez and Jesus Alvarez, as a result of the subject motor vehicle accident that occurred on or about May 4, 2016" with prejudice). With no remaining claims or parties before the Court, the Court enters this Final Judgment in compliance with rule 58 of the Federal Rules of Civil Procedure.

**IT IS ORDERED** that: (i) the Plaintiffs' Complaint for Wrongful Death and Personal Injury, filed May 17, 2016 (Doc. 1) is dismissed with prejudice; (ii) all of the Plaintiffs' claims

and this case are dismissed with prejudice; and (iii) Final Judgment is entered.

                                                            _____
                                                            UNITED STATES DISTRICT JUDGE

*Counsel:*

Kevin Glasheen
Jason Medina
Chad Inderman
Glasheen, Valles, Inderman & DeHoyos, LLP
Lubbock, Texas

    *Attorneys for the Plaintiffs*

Meena H. Allen
Allen Law Firm, LLC
Albuquerque, New Mexico

    *Attorneys for the Defendants*

Kathleen M.V. Oakey
Albuquerque, New Mexico

    *Guardian Ad Litem*